Matthew W. Wright (014104)
David K. Pauole (021965)
HOLM WRIGHT HYDE & HAYS PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
mwright@holmwright.com
dpauole@holmwright.com
Attorneys for Defendants Apache Junction Unified School District
 and James Denton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Father and Mother Doe, husband and wife, in their own capacities and as the natural parents and legal guardians on behalf of Jane Doe, a minor child,<br><br>             Plaintiffs,<br><br>v.<br><br>The Apache Junction Unified School District; James Denton, in his individual and official capacity as principal of Apache Junction High School and Jane Doe Denton his wife; Jonathan Raye Krieger, in his individual and official capacity as a teacher of Apache Junction High School; John Smith I-X; Jane Smith I-X; and Public Entities I-X,<br><br>             Defendants. | No. CV11-01387-PHX-DKD<br><br>**MOTION TO DISMISS**<br><br>(Assigned to the Honorable David K. Duncan) |

The District and James Denton move to dismiss the parents' state law claims as barred by A.R.S. § 12-821.  Denton also moves to dismiss all state law claims asserted against him, including the daughter's, because he has never received a notice of claim in

accordance with A.R.S. § 12-821.01.  Finally, the District and Denton move to dismiss any punitive damage claim as baseless.

Jane Doe was a District student.  First Amended Complaint ¶ 19.  Jonathan Krieger worked for the District as a high school teacher.  *Id.* ¶¶ 11-12, 17.  James Denton was the high school principal.  *Id.* ¶¶ 8-9.  Plaintiffs claim that Krieger sexually assaulted Jane Doe, leading to his arrest on February 19, 2010.  *Id.* ¶ 21.

**1.  A.R.S. § 12-821 bars the parents' state law claims.**

A.R.S. § 12-821 requires that "[a]ll actions against any public entity or public employee shall be brought within one year after the cause of action accrues and not afterward."

The District is a political subdivision.  *Warrington v. Tempe Elementary Sch. Dist. No. 3*, 187 Ariz. 249, 251 (App. 1996).  A political subdivision is by definition a public entity.  A.R.S. § 12-820(6).  So the District is a public entity.  And Denton was a public employee.  First Amended Complaint ¶¶ 8-9.

Despite Krieger's arrest on February 19, 2010, the parents delayed filing this action until June 1, 2011—more than three months after the one year statute of limitations ran on any state law claims.  Accordingly, A.R.S. § 12-821 bars the parents' state law claims against the District and Denton.

**2.  A.R.S. § 12-821.01 bars all state law claims asserted against Denton, including the daughter's.**

A.R.S. § 12-821.01 requires all persons who have claims against a public entity and public employees to file those claims within 180 days of accrual.  Indeed, public

employees are entitled to individual notice.  *Johnson v. Superior Court*, 158 Ariz. 507, 509 (App. 1988).  Failure to comply with this requirement means that all claims are "barred and no action may be maintained thereon."  A.R.S. § 12-821.01(A).

Denton has never received a notice of claim from plaintiffs or one relating in any way to the allegations concerning Jane Doe and Krieger.  Exhibit 1.  So A.R.S. § 12-821.01 bars all state law claims asserted against Denton, including Jane Doe's.

**3.  Any punitive damage claim is baseless.**

A.R.S. § 12-820.04 states that "[n]either a public entity nor a public employee acting within the scope of his employment is liable for punitive or exemplary damages."  Thus, plaintiffs cannot recover punitive damages from the District or Denton under state law.

Moreover, the District is clearly not liable for punitive damages under federal law.  The District is immune from punitive damages under 42 U.S.C. § 1983.  *Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 271 (1981).  And as Spending Clause legislation, Title IX does not support an award of punitive damages.  *Barnes v. Gorman*, 536 U.S. 181, 185-90 (2002).

For these reasons, the Court should dismiss any punitive damage claim as well as the parents' state law claims with prejudice.  The Court should also dismiss the daughter's state law claims against Denton.

. . .

. . .

DATED this 15th day of July, 2011.

                    HOLM WRIGHT HYDE & HAYS PLC


                    By___/s/ David K. Pauole_____
                       Matthew W. Wright
                       David K. Pauole
                       10429 South 51st Street, Suite 285
                       Phoenix, AZ  85044
                       Attorneys for Defendants Apache Junction
                        Unified School District and James Denton

## CERTIFICATE OF SERVICE

    I hereby certify that on July 15, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.


COPIES mailed to:

The Honorable David K. Duncan
United States District Court
401 West Washington
Phoenix, AZ  85003

Jonathan R. Krieger
Central Arizona Correctional Facility
Jonathan R. Krieger, Inmate #257322
P.O. Box 9600
Florence, AZ  85132-9600

   /s/ Cindy M. Opsahl_____
6927-0964