Matthew W. Wright (014104)
David K. Pauole (021965)
HOLM WRIGHT HYDE & HAYS PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
mwright@holmwright.com
dpauole@holmwright.com
Attorneys for Defendants Apache Junction Unified School District,
   James Denton, and Carol Denton

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Father and Mother Doe, husband and wife, in their own capacities and as the natural parents and legal guardians on behalf of Jane Doe, a minor child,<br><br>                Plaintiffs,<br><br>v.<br><br>The Apache Junction Unified School District; James Denton, in his individual and official capacity as principal of Apache Junction High School and Jane Doe Denton his wife; Jonathan Raye Krieger, in his individual and official capacity as a teacher of Apache Junction High School; John Smith I-X; Jane Smith I-X; and Public Entities I-X,<br><br>                Defendants. | No. CV11-01387-PHX-DKD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Assigned to the Honorable<br>   David K. Duncan) |

   The parties stipulate to the dismissal of this case with prejudice, with the parties to bear their own attorneys' fees and costs.

DATED this 14th day of December, 2012.

JACKSON WHITE

By  /s/ David K. Pauole  [for]
   Jared E. Everton
   40 North Center, Suite 200
   Mesa, AZ  85201
   Attorneys for Plaintiffs

DATED this 14th day of December, 2012.

HOLM WRIGHT HYDE & HAYS PLC

By  /s/ David K. Pauole
   Matthew W. Wright
   David K. Pauole
   10429 South 51st Street, Suite 285
   Phoenix, AZ  85044
   Attorneys for Defendants Apache Junction
    Unified School District, James Denton
    and Carol Denton

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable David K. Duncan
United States District Court
401 West Washington
Phoenix, AZ  85003

1  Jonathan R. Krieger
   Central Arizona Correctional Facility
2  Jonathan R. Krieger, Inmate #257322
3  P.O. Box 9400
   Florence, AZ  85132-9600
4

5    /s/ Cindy M. Opsahl
   6927-0964
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28